UNITED STATES DISTRICT COURT
Southern District of Florida

Civil Division
Case No.: 1:23cv20782

JAKE SCHUSTER,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.
_____/

## COMPLAINT FOR DAMAGES

COMES NOW, the Plaintiff, JAKE SCHUSTER, by and through his undersigned counsel and hereby sues the Defendant, UNITED STATES OF AMERICA, and in support thereof allege as follows:

## GENERAL ALLEGATIONS

1.    This action arises under the Federal Tort Claims Act, 28 U.S.C.A. §§ 2671. This court is vested with jurisdiction pursuant to 28 U.S.C.A. § 1346(b) for the reason that the plaintiff's damages are for personal injury that were proximately caused by the negligent and wrongful acts and omissions of employees of the federal government while acting within the scope of their office and employment.

2.    This is an action for damages that exceeds seventy-five thousand dollars ($75,000.00) and is in within the jurisdiction of this court.

3. At all times material hereto, the Plaintiff, JAKE SCHUSTER was a resident of Miami-Dade County, which is within the Southern District of Florida.

4. At all times material hereto, Defendant, UNITED STATES OF AMERICA, owned, controlled, operated, and maintained a United States Post Office in Miami-Dade County, which is within the Southern District of Florida.

5. The tort that is the subject of this Complaint occurred on March 10, 2021, in Miami-Dade County. Thus, venue is properly laid out in this Court.

6. Defendant UNITED STATES OF AMERICA delivers mail throughout the United States via the United States Postal Service.

7. Upon information and belief, at all times material hereto, Christian Alva (hereinafter "Employee") was an employee, or agent, of Defendant driving United States Postal Service truck 7202823 in the course and scope of his employment.

8. On the said date and at the said time and at all other times material to this complaint, Christian Alva was delivering mail in his capacity as an employee and agent of the United States Postal Service (hereinafter referred to as "USPS"), an agency of the Defendant, the United States of America. On March 10, 2021, Defendant USPS'S employee was operating his vehicle in a negligent and reckless manner that caused a vehicle collision between the vehicle driven by Defendant's Employee and the Plaintiff.

9. As a result of the collision, Plaintiff suffered severe and permanent injuries that required medical attention.

## COUNT I
## NEGLIGENCE UNDER THE FEDERAL TORT CLAIMS ACT, 28 U.S.C.A. §§ 1346(b) and 2671

10. Plaintiff incorporates all the allegations set forth in paragraphs one through nine (1-9).

11. Defendant, the United States of America, is liable for personal injury caused by the negligent or wrongful acts and omissions of any deemed employee of the federal government while acting within the scope of their office or employment pursuant to the Federal Tort Claims Act, 28 U.S.C.A. §§ 1346(b) and 2671 et seq., to the extent the Federal Tort Claims Act constitutes a waiver by defendant United States of America of the federal government's immunity from liability in tort.

12. The collision made the basis of this lawsuit was caused by the negligence and carelessness of defendant, United States of America, and was not due in any way to any act or failure to act on the part of the Plaintiff.

13. The negligence and carelessness of defendant, the United States of America, includes, but is not limited to, the following wrongful or negligent acts or omissions performed by or attributable to Defendant's employee and/or agent, Alva:

    a. striking and injuring the Plaintiff while operating and driving a motor vehicle;

    b. improperly and illegally pulling into the path of the Plaintiff;

    c. failing to keep and maintain a proper lookout;

    d. failing to maintain adequate control of the operation of the vehicle;

    e. operating the vehicle in a careless and dangerous manner;

    f. failing to slow, stop, or swerve the vehicle when he knew, or in the exercise of reasonable care should have known, that the vehicle would strike plaintiff and plaintiff's bicycle;

    g. operating the vehicle in violation of the statutes, rules, and regulations of the State of Florida;

    h. operating the vehicle without due regard for the right, safety, and position of plaintiff;

    i. operating the vehicle without lawful and proper vigilance and watchfulness; and

    j. making an improper turn.

14. As a direct ruslt of Defendant's negligence, the Plaintiff suffered permanent losses including but not limited to bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and

treatment, aggravation or acceleration of pre-existing-injuries, loss of earnings and loss of ability to earn money. These losses are either permanent or continuing in nature and the Plaintiff will suffer these losses in the future.

**WHEREFORE**, the Plaintiff demands judgment against the Defendant UNITED STATES POSTAL SERVICE for damages, costs of this action and all other further equitable and legal relief as this Court may deem appropriate and demands a jury trial on all issues so triable.

### DEMAND FOR JURY TRIAL

Dated this 28th day of February, 2023.

          **GOLDBERG & ROSEN, P.A.**
          *Counsel for Plaintiff*
          One Biscayne Tower
          2 South Biscayne Blvd., Suite 3650
          Miami, Florida 33131
          Tel: (305) 374-4200
          Fax: (305) 374-8024

          */s/ Mark Lopez-Trigo*
BY _____
Mark Lopez-Trigo, Esq. Fla. Bar No. 1018627
Brett M. Rosen, Esq., Fla. Bar No. 0044859
Primary E-mail: pleadings@goldbergandrosen.com
                      bmrsecy@goldergandrosen.com
                      mark@goldbergandrosen.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 28th day of February 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on the attached service list, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

        **GOLDBERG & ROSEN, P.A.**
*Counsel for Plaintiff*
One Biscayne Tower
2 South Biscayne Blvd., Suite 3650
Miami, Florida 33131
Tel: (305) 374-4200
Fax: (305) 374-8024

*/s/ Mark Lopez-Trigo*
BY _____
Mark Lopez-Trigo, Esq. Fla. Bar No. 1018627
Brett M. Rosen, Esq., Fla. Bar No. 0044859
Primary E-mail: pleadings@goldbergandrosen.com
bmrsecy@goldergandrosen.com
mark@goldbergandrosen.com

_____

## SERVICE LIST

JAKE SCHUSTER v. UNITED STATES OF AMERICA
CASE NO.: 1:23cv20782
United States District Court, Southern District of Florida

MARK LOPEZ-TRIGO, ESQ.
GOLDBERG & ROSEN, P.A.
2 S Biscayne Blvd, Suite 3650
Miami, Florida 33131
 Telephone: (305) 374-4200
 Facsimile: (305) 374-8024
 *Attorney for Plaintiff(s)*
 pleadings@goldbergandrosen.com
 mark@goldbergandrosen.com